CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

AMANI S. FLOYD (CABN 301506)
ANNE C. HSIEH (CABN 288159)
Assistant United States Attorneys

60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5596
FAX: (408) 535-5066
Amani.Floyd@usdoj.gov
Anne.Hsieh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO SALGADO HERNANDEZ<br><br>Defendants. | CASE NO. CR-24-019-PCP-6<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER SETTING CHANGE OF PLEA HEARING |

After conferring with the Court regarding available dates, the parties respectfully ask that a Change of Plea hearing be set for defendant Francisco Salgado Hernandez on September 2, 2026 at 10:00 a.m.

Time has already been excluded in this matter until January 25, 2027. *See* Dkt. 519.

**IT IS SO STIPULATED.**

DATED: July 22, 2026

/s/
AMANI S. FLOYD
ANNE C. HSIEH
Assistant United States Attorneys

DATED: July 22, 2026

/s/
BRUCE FUNK
Counsel for Defendant FRANCISCO SALGADO HERNANDEZ

**IT IS SO ORDERED.**

DATED: July 22, 2026

HON. P. CASEY PITTS
United States District Judge